

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00173-CR

DEVEN DESHON ROSSER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CR03259

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

After Deven Deshon Rosser's community supervision was revoked, the trial court sentenced him to two years' imprisonment for the offense of endangering a child[1] and ten years' imprisonment for the offense of family violence assault.[2] The cases were tried together and have been appealed and briefed separately.

Here, Rosser appeals from his revocation for family violence assault.[3] He contends (1) that the judgment revoking his community supervision should be modified to reflect that the two sentences were to be served concurrently and (2) that the judgment's assessment of a $100.00 reimbursement fee is not supported by the record. For the reasons stated in *Rosser v. State*, cause number 06-22-00172-CR, we find these points of error to be without merit.

We affirm the trial court's judgment.

Scott E. Stevens
Chief Justice

Date Submitted:     June 6, 2023
Date Decided:      June 21, 2023

Do Not Publish

---

[1]TEX. PENAL CODE ANN. § 22.041 (Supp.).

[2]TEX. PENAL CODE ANN. § 22.01 (Supp.).

[3]Rosser appeals from his revocation for endangering a child in companion cause number 06-22-00172-CR, also decided this day.